

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2021

No. 04-21-00339-CV

**IN RE ROLANDO H. BRIONES, II**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-16615
Honorable Tina Torres, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On August 13, 2021, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **by September 9, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 20, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT